IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL LARA, | 1:10-cv-00262-AWI-JLT (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | |
| J. HARTLEY, | ORDER DIRECTING CLERK TO SERVE THIS ORDER ON THE NINTH CIRCUIT COURT OF APPEALS |
| Respondent. | (Doc. 20) |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 6, 2011, judgment was entered dismissing the petition for writ of habeas corpus. On May 3, 2011, petitioner filed a notice of appeal and an application to proceed in forma pauperis. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:  **May 11, 2011**                                         /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE